UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 6, 2015

MEMO TO COUNSEL RE:  Christy T. O'Connell v. Iris Dominy, M.D., et al.
Civil No. JFM-14-1339

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for extension of discovery deadlines.

The question presented is not easy but I have concluded that under the circumstances the motion (document 39) should be granted. Accordingly, the scheduling order is modified to set the following dates:

| | |
|---|---|
| Plaintiff's Rule 26 expert disclosures: | August 31, 2015 |
| Defendant's Rule 26 expert disclosures: | October 5, 2015 |
| Rebuttal Rule 26 expert disclosures: | November 2, 2015 |
| Discovery deadline: | December 21, 2015 |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge