UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 14, 2015

MEMO TO COUNSEL RE: Christy T. O'Connell v. Iris Dominy, M.D., et al.
Civil No. JFM-14-1339

Dear Counsel:

At the outset let me tell you that I am on the Board of Sheppard Pratt and probably will be the Chair of the Board in the near future. Therefore, if either of you (or both) are dissatisfied with the ruling I make in this letter, you may file a motion for me to disqualify myself from ruling on the motion. I assure you that I will consider the motion dispassionately.

That said, in light of the fact that Sheppard Pratt is not a party and in light of the fact that I do not want to impose upon my colleagues by having them rule upon a motion in one of my cases, I will rule upon the motion to quash filed by plaintiff. I conclude that by filing the motion to quash plaintiff has abandoned her claim for mental anguish and other pain and suffering as alleged in the complaint. If I am incorrect in this assumption, defendants may review the subpoenaed records in their entirety.

If I am correct in the assumption I just stated, the scope of the subpoena should be limited. Specifically, the only records that should be produced are those that may indicate that plaintiff has derived benefit from her child's aid, society, and comfort, or that she decided to have her child after finding out that she was still pregnant.

For these reasons the motion to quash (document 41) is granted in part and denied in part.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 SEP 15 PM 12:07
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED