UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 16, 2017

MEMO TO COUNSEL RE: Christy T. O'Connell v. Steven Brigham, M.D., et al.
Civil Nos. JFM-14-1339 and JFM-15-2418

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to vacate default judgment filed by American Medical Associates, P..C., Steven C. Brigham, M.D., and Vikram H. Kaji, M.D.

The motion (document 84) is granted. In light of the ambiguities involved in the question of whether the defendants received actual notice of the law suit and in light of the well-established policy that cases should be resolved on their merits, I am satisfied that the default should be set aside. Defendant should file an answer within fourteen days of the date of this order.

A conference call will be held on __July 13, 2017__ at __4:30__ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Motz

J. Frederick Motz
United States District Judge